SARAH R. CROSS, Respondent, *v.* CHRISTIAN D. BEDROSIAN, Appellant.

*Cross* v. *Bedrosian,* 141 App. Div. 919, affirmed.
(Submitted January 21, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 1, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract.

*James M. Gorman* for appellant.

*Clinton T. Taylor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.

---

BERNARD COX, Respondent, *v.* CADILLAC HOTEL COMPANY, Appellant.

*Cox* v. *Cadillac Hotel Co.,* 146 App. Div. 939, affirmed.
(Argued January 21, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 31, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*L. E. Warren* for appellant.

*Don R. Almy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.